Motion to dismiss appeal granted.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BILLERA.— Motion to dismiss appeal granted.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX CHARL.— Motion to dismiss appeal granted.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

ALFRED BURKE v. CHARLES H. LOUIS and Others.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

THE CITY OF NEW YORK v. FRANK W. MAHER.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

THE CITY OF NEW YORK v. FRANK W. MAHER.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

BIRD S. COLER, as Commissioner of Public Charities of the City of New York, on Complaint of LILLIAN SURETZKY, v. CHARLES INGBER.— Motion to dismiss appeal granted.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

ANTOINETTE BRIZZOLARA v. AURELIO BRIZZOLARA.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

CARAVEL COMPANY, INC., v. INTERNATIONAL HIGH SPEED STEEL COMPANY.— Motion to dismiss appeal granted, without costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

In the Matter of the KNICKERBOCKER LIFE INSURANCE COMPANY.  THE PEOPLE OF THE STATE OF NEW YORK v. KNICKERBOCKER LIFE INSURANCE COMPANY.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

ORIGINAL HAND EMBROIDERY COMPANY, INC., v. OTTO POPISKE.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

MITSUI & COMPANY, LTD., v. JAMES KUTSUKIAN.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

SAM SAFIAN v. IRVING NATIONAL BANK.— Application granted.  Order signed.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

HERBERT COX v. LYKES BROTHERS and Others.— Application granted.  Order signed.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALGERNON LEE v. BOARD OF ALDERMEN and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD F. CASSIDY v.